```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
M.S. et al.,                                                   :
                                                               :
                              Plaintiffs,                      :
                                                               :          23-cv-9751 (LJL)
        -v-                                                    :
                                                               :             ORDER
CITY SCHOOL DISTRICT OF THE CITY OF NEW                        :
YORK,                                                          :
                                                               :
                              Defendant.                       :
                                                               X
---------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/2024

LEWIS J. LIMAN, United States District Judge:

      The Court will hold a telephonic conference in this case on March 12 at 10:00 AM. Defendant's time to answer is adjourned *sine dine*. The parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

      SO ORDERED.

Dated: February 22, 2024
       New York, New York

                                                     LEWIS J. LIMAN
                                            United States District Judge